

1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10 | UNITED STATES OF AMERICA,        ) Case No.: CR09-00583-TJH
11 |         Plaintiff,                ) ORDER OF DETENTION
12 | v.                                ) [Fed. R. Cim. P. 32.1(a)(6);
13 | YONI ROLANDO SOLIS-RAMIREZ,      )  18 U.S.C. § 3143(a)]
14 |         Defendant.                )
15

16     The defendant having been arrested in this District pursuant to a warrant issued by
17 the United States District Court for the _Central District of California_ for alleged
18 violation(s) of the terms and conditions of his/her [probation] [supervised release]; and
19     The Court having conducted a detention hearing pursuant to Federal Rule of
20 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);
21     The Court finds that:
22 A.    (✓) The defendant has not met his/her burden of established by clear and
23         convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
24         3142(b) or (c). This finding is based on _nature of the offense, failure_
25 _to appear at revocation hearing; unknown residence_
26 _and background information_
27 ___
28     and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____

_____

_____

_____


IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 19, 2020

*/s/ Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge